# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY GIPSON, | 1:08cv01780 DLB PC |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO REDESIGNATE ACTION AS A REGULAR CIVIL CASE |
| v. | |
| GEORGE J. GUIRBINO, et al., | |
| Defendants. | |

Plaintiff Brittney Gipson ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis in this action, filed this complaint pursuant to 42 U.S.C. § 1983 on November 20, 2008. Review of the complaint reveals that Plaintiff's civil rights case does not involve the conditions of confinement.

Therefore, the Clerk of Court is DIRECTED to redesignate this action to reflect that it is a regular civil case.

No scheduling conference should be set at this time.

IT IS SO ORDERED.

Dated: **March 19, 2009**     /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE